IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| STEPHEN GRANT and MARY GRANT, | § § § | |
| | § | SA-19-CV-00232-FB-ESC |
| *Plaintiffs,* | § § | |
| vs. | § § | |
| EVEREST REINSURANCE, HEALTH PLAN INTERMEDIARIES HOLDINGS, LLC, d/b/a HEALTH INSURANCE INNOVATIONS, ALLIED NATIONAL, INC., and DAVID BROMBERG, | § § § § § § § | |
| *Defendants.* | § | |

## SECOND AMENDED SCHEDULING ORDER

Before the Court is the parties' Joint Motion for Amended Scheduling Order [#66], by which the parties ask the Court for a second extension of deadlines in the governing scheduling order. The Court will grant the motion.

**IT IS THEREFORE ORDERED** that the parties' Joint Motion for Amended Scheduling Order [#66] is **GRANTED**.

**IT IS FURTHER ORDERED** that the following Amended Scheduling Order is issued to control the remaining course of this case:

1. The parties shall complete all discovery on or before <u>July 10, 2020</u>. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

2. All dispositive motions as defined in Local Rule CV-7(c) shall be filed no later than <u>August 28, 2020</u>. Dispositive motions and responses to dispositive motions shall be limited to

twenty (20) pages in length.  Replies, if any, shall be limited to ten (10) pages in length in accordance with Local Rule CV-7(f).

SIGNED this 10th day of March, 2020.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE